### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS
### AT KANSAS CITY, KANSAS

| | |
|---|---|
| TAMEKA LASHAN BROWN, )<br><br>)<br><br>)<br>PLAINTIFF, )<br><br>)<br><br>)<br>vs. )<br><br>) | Case No.  05-CV-2316 KHV/JPO |
| MENLO WORLDWIDE EXPEDITE, A UPS )<br>COMPANY, )<br><br>)<br><br>)<br>DEFENDANT. )<br><br>) | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

The parties have stipulated that this matter be dismissed with prejudice (Doc. #37). Pursuant to

Fed.R.Civ.P 41(a)(2),

IT IS THEREFORE ORDERED that the above captioned action be dismissed with prejudice and

with no award of attorneys' fees or costs to either party.

Dated this 13th day of December, 2006 at Kansas City, Kansas.

/s/ Kathryn H. Vratil
Kathryn H. Vratil
United States District Judge